UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THOMAS JASON SAXON,　　　　　　　　　　　　Case No: 8:26-bk-00913-CED
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor.
_____/

### MOTION FOR EXTENSION OF TIME TO FILE
### CHAPTER 13 PLAN, STATEMENTS AND SCHEDULES

Debtor, THOMAS JASON SAXON (the "Debtor"), by and through his undersigned counsel, hereby files this Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules (the "Motion"), and in support of such Motion, states as follows:

1.　　The Debtor filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code on February 5, 2026.

2.　　According to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Middle District of Florida (collectively, the "Rules") and this Court's Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies (Doc. 5) (the "Notice"), the Debtor's Chapter 13 Plan, Statements and Schedules, and all other relevant papers (the "Statements and Schedules"), are required to be filed by February 19, 2026. Thus, this Motion is timely filed prior to the expiration of the deadline to file such papers and to otherwise comply with the Notice.

3.　　The Debtor and the undersigned counsel have gathered most of the necessary information and documentation and are preparing the Chapter 13 Plan, the Statements and Schedules, and all other necessary papers. However, the undersigned has not yet received all the

1

necessary information and documentation from the Debtor to cure the deficiencies set forth in the Notice and required by the Administrative Order Prescribing Procedures for Chapter 13 Cases Filed on or After October 1, 2025 (Doc. 3) (the "Administrative Order"). The first meeting of creditors is not scheduled until March 3, 2026.

4. For various reasons, additional time is needed to complete and file the Chapter 13 Plan, the Statements and Schedules, and all other necessary papers, and to otherwise satisfy all other filing requirements and deficiencies set forth in the Notice and the Administrative Order. Based upon what still needs to be gathered and done, and the undersigned's schedule, the undersigned believes an extension of eight (8) days, until February 27, 2026, is reasonable and necessary and will hopefully be sufficient time to correct the deficiencies.

WHEREFORE, Thomas Jason Saxon, the Debtor herein, respectfully requests that this Court enter an order extending and enlarging the time within which the Debtor and his counsel are required to file the Chapter 13 Plan, Statements and Schedules, and to provide all other papers, and to otherwise satisfy and cure all requirements and deficiencies set forth in the Notice and Administrative Order, until February 27, 2026, and for such further relief as is just and equitable.

/s/ *Kevin P. O'Brien*
KEVIN P. O'BRIEN
Fla. Bar No. 0771562
LAW OFFICES OF KEVIN P. O'BRIEN, P.A.
805 West Azeele Street
Tampa, FL 33606
(813) 549-1490
KevinPaOBrien@aol.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules has been served electronically by CM/ECF to all those requesting such service, including the following, on this 19th day of February, 2026:

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

/s/ *Kevin P. O'Brien* .