UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THOMAS JASON SAXON,                     Case No: 8:26-bk-00913-CED
                                                              Chapter 13

        Debtor.
_____/

**SECOND MOTION FOR EXTENSION OF TIME TO
FILE CHAPTER 13 PLAN, STATEMENTS AND SCHEDULES**

Debtor, THOMAS JASON SAXON (the "Debtor"), by and through his undersigned counsel, hereby files this Second Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules (the "Second Motion"), and in support of such Second Motion, states as follows:

1. The Debtor filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code on February 5, 2026.

2. According to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Middle District of Florida (collectively, the "Rules") and this Court's Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies (Doc. 5) (the "Notice"), the Debtor's Chapter 13 Plan, Statements and Schedules, and all other relevant papers (the "Statements and Schedules"), were required to be filed by February 19, 2026.

3. On February 19, 2026, the Debtor filed his Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules (Doc. 9) (the "First Motion"). The First Motion requested an extension of eight (8) days, until February 27, 2026, to provide and file the Debtor's Statements and Schedules. No order has been entered on the First Motion, but this Second Motion

is timely filed prior to the expiration of the deadline requested in the First Motion to file such papers and to otherwise comply with the Notice.

4. The Debtor and the undersigned counsel have gathered most of the necessary information and documentation and have prepared drafts of the Chapter 13 Plan, the Statements and Schedules, and all other necessary papers. However, the undersigned does not believe he has received and reviewed all the necessary information and documentation from the Debtor to cure the deficiencies set forth in the Notice and required by the Administrative Order Prescribing Procedures for Chapter 13 Cases Filed on or After October 1, 2025 (Doc. 3) (the "Administrative Order"). The first meeting of creditors is scheduled for March 3, 2026, but the undersigned does not believe the meeting will be able to proceed as scheduled because the Debtor has not yet been able to file his Statements and Schedules.

5. For various reasons, including some of the same reasons the First Motion was filed, as well as the necessity of gathering information and documents from the Debtor's state court attorneys, more time is needed to complete and file the Chapter 13 Plan, the Statements and Schedules, and all other necessary papers, and to otherwise satisfy all other filing requirements and deficiencies set forth in the Notice and the Administrative Order.

6. Based upon what still needs to be gathered, reviewed and done, as well as the undersigned's schedule, the undersigned believes an extension of at least of ten (10) days, until March 10, 2026, is necessary and will hopefully be sufficient time to correct the deficiencies. If the Statements and Schedules can be completed and filed before the requested deadline, they will be filed.

WHEREFORE, Thomas Jason Saxon, the Debtor herein, respectfully requests that this Court grant this Second Motion for Extension of Time to File Chapter 13 Plan, Statements and

Schedules and enter an order extending and enlarging the time within which the Debtor and his counsel are required to file the Chapter 13 Plan, Statements and Schedules, and to provide all other papers, and to otherwise satisfy and cure all requirements and deficiencies set forth in the Notice and Administrative Order, until March 9, 2026, and for such further relief as is just and equitable.

/s/ *Kevin P. O'Brien*
KEVIN P. O'BRIEN
Fla. Bar No. 0771562
LAW OFFICES OF KEVIN P. O'BRIEN, P.A.
805 West Azeele Street
Tampa, FL 33606
(813) 549-1490
KevinPaOBrien@aol.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Second Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules has been served electronically by CM/ECF to all those requesting such service, including the following, on this 27th day of February, 2026:

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

/s/ *Kevin P. O'Brien*   .