**[Doess13p]** [District Order Granting Motion to Extend Time to File Schedules, Statements, or Chapter 13 Plan]

ORDERED.

**Dated: March 4, 2026**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No. 8:26−bk−00913−CED
                                                                        Chapter 13

Thomas Jason Saxon
aka Jason Saxon

_____ Debtor* _____ /

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN

   THIS CASE came on for consideration, without hearing, of the Debtor's Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan (Document No. 9) (the "Motion"). After reviewing the Motion, it is

   ***ORDERED:***

   1. The Motion is **GRANTED**.

   2. Debtor shall file all needed Schedules, Statements, and Chapter 13 Plan by *March 9, 2026*.

Kevin O'Brien is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.