**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: March 9, 2026**

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                   Case No.
                                                                         8:26−bk−00913−CED
                                                                         Chapter 13

Thomas Jason Saxon
aka Jason Saxon

_____Debtor*_____/

### ***ORDER DENYING MOTION FOR RELIEF FROM STAY***

  THIS CASE came on for consideration, without hearing, of the Motion for Relief from Stay filed by Delaware Financial II Corporation, a Florida corporation , Doc. # 12 . After review, the Court determines that the motion is deficient as follows:

  Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

  Accordingly it is

  ***ORDERED:***

1. The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.