UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THOMAS JASON SAXON,                           Case No: 8:26-bk-00913-CED
                                                                                                   Chapter 13

        Debtor.
_____/

**THIRD MOTION FOR EXTENSION OF TIME TO
FILE CHAPTER 13 PLAN, STATEMENTS AND SCHEDULES**

        Debtor, THOMAS JASON SAXON (the "Debtor"), by and through his undersigned counsel, hereby files this Third Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules (the "Third Motion"), and in support of such Third Motion, states as follows:

        1.        The Debtor filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code on February 5, 2026.

        2.        According to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Middle District of Florida (collectively, the "Rules") and this Court's Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies (Doc. 5) (the "Notice"), the Debtor's Chapter 13 Plan, Statements and Schedules, and all other relevant papers (the "Statements and Schedules"), were originally required to be filed by February 19, 2026.

        3.        On February 19, 2026, the Debtor filed his Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules (Doc. 9) (the "First Motion").  The First Motion requested an extension of eight (8) days, until February 27, 2026, to provide and file the Debtor's Statements and Schedules.   On February 27, 2026, the Debtor filed a Second Motion for Extension

of Time to File Chapter 13 Plan, Statements and Schedules (Doc. 10) which requested an extension until March 9, 2026, to file all necessary papers. No order has been entered on the First Motion or the Second Motion, but this Third Motion is timely filed prior to the expiration of the deadline requested in the Second Motion to file such papers and to otherwise comply with the Notice.

4. The Debtor and the undersigned counsel have compiled the bulk of the necessary information and documentation and have prepared drafts of the Chapter 13 Plan, the Statements and Schedules, and all other necessary papers. However, the undersigned does not believe he has received and confirmed all the necessary information and documentation from the Debtor to cure the deficiencies set forth in the Notice and required by the Administrative Order Prescribing Procedures for Chapter 13 Cases Filed on or After October 1, 2025 (Doc. 3) (the "Administrative Order").

5. The first meeting of creditors was scheduled for March 3, 2026, but the meeting did not go forward because all necessary papers had not been filed. The continued meeting has not yet been scheduled or noticed.

6. For various reasons, including some of the same reasons the First Motion and Second Motion were filed, as well as some of the information contained in the claims that have already been filed, still more time is needed to complete and file the Chapter 13 Plan, the Statements and Schedules, and all other necessary papers, and to otherwise satisfy all other filing requirements and deficiencies set forth in the Notice and the Administrative Order.

7. Based upon what still needs to be gathered, reviewed and done, as well as the undersigned's schedule, the undersigned believes an extension of at least of seven (7) days, until at least March 16, 2026, is necessary and will hopefully be sufficient time to correct the

deficiencies. Again, if the Statements and Schedules can be completed and filed before the requested deadline, they will be filed.

WHEREFORE, Thomas Jason Saxon, the Debtor herein, respectfully requests that this Court grant this Third Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules and enter an order extending and enlarging the time within which the Debtor and his counsel are required to file the Chapter 13 Plan, Statements and Schedules, and to provide all other papers, and to otherwise satisfy and cure all requirements and deficiencies set forth in the Notice and Administrative Order, until at least March 16, 2026, and for such further relief as is just and equitable.

/s/ *Kevin P. O'Brien*
KEVIN P. O'BRIEN
Fla. Bar No. 0771562
LAW OFFICES OF KEVIN P. O'BRIEN, P.A.
805 West Azeele Street
Tampa, FL 33606
(813) 549-1490
KevinPaOBrien@aol.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Third Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules has been served electronically by CM/ECF to all those requesting such service, including the following, on this 9th day of March, 2026:

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

/s/ *Kevin P. O'Brien* .