UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Thomas Jason Saxon
aka Jason Saxon     CASE NO.: 8:26-bk-00913-CED
                    CHAPTER 13

_____Debtor. /

**MOTION TO VACATE ORDER DENYING
MOTION FOR RELIEF FROM STAY**

Delaware Financial II Corporation, a Florida corporation, ("Movant") moves pursuant to Fed. R. Civ. P. 60(b)(6) for entry of an order vacating this Court's Order Denying Motion for Relief from Stay, entered on the docket on March 9, 2026 [Dkt. No. 13], and says:

1. On Friday, March 6, 2026, Movant filed its Motion for Relief from Stay [Dkt. No. 12] (the "Motion"), which only indicated electronic service upon recipients of electronic notice.

2. Undersigned counsel receives court papers on the day after same are filed with the Court, having received the filed Motion on Saturday, March 7, 2026.

3. Undersigned counsel uses a mailing service to send required documents by U.S. Mail.

4. On Sunday, March 8, 2026, the mailing service was requested to obtain this Court's official matrix and serve all interested parties by U.S. Mail.

5. On Monday, March 9, 2026, the mailing service sent a copy of the Motion to all interested parties, including the Debtor. [Dkt. No. 14, page 36].

6. On the same day as the Motion was mailed to the Debtor, the Court denied the Motion for lack of service on the Debtor.

7. Movant has already paid over $200 to mail the Motion to all interested parties, including the Debtor.

8. The Motion provides, as it must, that the 21-day objection period is extended by 3 days when the Motion is served by mail. The Motion was served by mail.

WHEREFORE, Delaware Financial II Corporation requests entry of an order vacating this Court's Order Denying Motion for Relief from Stay, entered on the docket on March 9, 2026 [Dkt. No. 13].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served via the Notice of Electronic Filing on March 10, 2026, to all parties receiving electronic notice, including Kevin P. O'Brien, kevinobrien@aol.com.

Respectfully submitted,

**FLORIDA BANKRUPTCY GROUP, LLC**
4121 N 31st Avenue
Hollywood, FL  33021
954-893-7670/954-252-2540

.

By: *s/Kevin C Gleason*
Florida Bar No: 369500
Bankruptcylawyer@aol.com