# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

Thomas Jason Saxon                        CASE NO.: 8:26-bk-00913-CED

aka Jason Saxon                          CHAPTER 13

     Debtor.

_____/

## CERTIFICATE OF SERVICE on the
## ORDER DENYING MOTION FOR RELIEF FROM STAY
## (DKT # 13)

     I HEREBY CERTIFY that a copy of the Order Denying Motion for Relief from Stay (DKT # 13), was served to all parties receiving Electronic Notice on March 9, 2026, including:

Kevin P. O'Brien on behalf of Debtor Thomas Jason Saxon
kevinpaobrien@aol.com, obrienpaasst@aol.com

Kelly Remick; ecf@ch13tampa.com

United States Trustee - TPA7/13, 7; USTPRegion21.TP.ECF@USDOJ.GOV

                                             Respectfully submitted,

                                             **FLORIDA BANKRUPTCY GROUP, LLC.**
                                             4121 N 31st Avenue
                                             Hollywood, Fl 33021-2011
                                             954-893-7670/954-252-2540 Fax
                                             By: s/ Kevin C Gleason
                                             Fla Bar No. 369500
                                             Bankruptcylawyer@aol.com