ORDERED.

**Dated:  March 16, 2026**

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 8:26-bk-00913-CED
                                                                    Chapter 13

Thomas Jason Saxon,

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S THIRD MOTION FOR EXTENSION
OF TIME TO FILE CHAPTER 13 PLAN, STATEMENTS AND SCHEDULES**

THIS CASE came on for consideration without a hearing of Debtor's *Third Motion for Extension of Time to File Chapter 13 Plan, Statements and Schedules* (Doc. No. 15) (the "Motion").[1] Upon review of the Motion and the record, it is

**ORDERED:**

---

[1] In the Motion, Debtor states that no orders were entered on his first two motions for extension of time. However, on March 4, 2026, the Court entered an order granting Debtor's second motion for an extension through March 9, the date requested in the second motion. (Doc. Nos. 10 and 11).

1. The Motion is GRANTED.

2. Debtor shall file the required documents no later than March 16, 2026:

   a. All Schedules A through J and Summary of Your Assets and Liabilities;

   b. Statement of Financial Affairs;

   c. Attorney's Disclosure of Compensation;

   d. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period; and

   e. Chapter 13 Plan.

Attorney Kevin P. O'Brien is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.