UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THOMAS JASON SAXON,                                      Case No: 8:26-bk-00913-CED
                                                        Chapter 13

        Debtor.

_____/

**DEBTOR'S MOTION TO
VOLUNTARILY DISMISS CHAPTER 13 CASE**

Debtor, THOMAS JASON SAXON (the "Debtor"), by and through his undersigned counsel, pursuant to 11 U.S.C. § 1307(b), hereby files his Debtor's Motion to Voluntarily Dismiss Chapter 13 Case (the "Motion to Dismiss"), and in support of such Motion to Dismiss, states as follows:

1. The Debtor filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code on February 5, 2026.

2. There are no pending motions for relief from stay, and this case has not been converted from another chapter of the Bankruptcy Code.

3. Pursuant to 11 U.S.C. § 1307(b), the Debtor has a right to dismiss his Chapter 13, as the case has not previously been converted from another chapter under the Bankruptcy Code.

4. The Debtor no longer wishes to proceed under Chapter 13 and believes dismissal of his Chapter 13 case at this time is in his best interests.

WHEREFORE, Thomas Jason Saxon, the Debtor herein, respectfully requests that this Court grant this Motion to Dismiss, enter an order dismissing the above-captioned Chapter 13 case pursuant to 11 U.S.C. § 1307(b), and for such further relief as is just and equitable.

1

/s/ *Kevin P. O'Brien*
KEVIN P. O'BRIEN
Fla. Bar No. 0771562
LAW OFFICES OF KEVIN P. O'BRIEN, P.A.
805 West Azeele Street
Tampa, FL 33606
(813) 549-1490
KevinPaOBrien@aol.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Motion to Voluntarily Dismiss Chapter 13 Case has been served electronically by CM/ECF to all those requesting such service, including the following, on this 16th day of March, 2026:

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

/s/ *Kevin P. O'Brien*                .